PD-0346-15

No. _____

In The
Court of Criminal Appeals
Austin, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 27 2015

Abel Acosta, Clerk

Daniel Vasquez Dominguez

v.

The State of Texas

FILED IN
COURT OF CRIMINAL APPEALS

MAR 27 2015

Abel Acosta, Clerk

From Appeal No. 11-12-00349-CR
Trial Cause No. 13674-B
Taylor County

First Motion For Extension Of Time To File
Petition For Discretionary Review

To The Honorable Judges Of The Court Of Criminal Appeals:

Comes now, Daniel Vasquez Dominguez, TDCJ#-ID. #1359966, Petitioner, and files this Motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In support of this motion, appellant shows the Court the following:

I.

The Petitioner was convicted in the 104th District Court of Taylor County, Texas of the offense of aggravated sexual assault of a child and indecency of a child in Cause No. 13674-B, Styled State of Texas vs Daniel Dominguez.

(1.)

The Petitioner appealed to the Court of Appeals, in the Eleventh Supreme Judicial District. The case was affirmed on <u>February 27, 2015.</u>

## II.

The present deadline for filing the Petition for Discretionary Review is March 27, 2015. The Petitioner has not requested any extension prior to this request.

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner filed a Chapter 64 for DNA and forensic Hearing, as well as appointment of counsel under <u>art. 64.01,(c)</u> of the Tex. Code Crim Proc; Petitioner was appointed counsel at the trial stage but denied counsel on Appeal of the procedural requirments pursuant to Vernons Ann, Tex Code Crim. Proc art. <u>(64.01 - 64.05).</u> Since that time Petitioner has been attempting to gain legal representation in this matter. The attorney that was appointed by the trial court withdrew from the case and failed to comply with <u>Anders brief.</u> Petitioner was left to represent his case on his own without adequate legal knowledge, and filed a prose brief on his own. No attorney was appointed on appeal for the Petitioner. Petitioner wants to file his Petition for Discretionary Review with this Court, raising several issues that were not met by the trial Court and appointed attorney, Mr. Alex Epsein.

Wherefore, Petitioner prays this Court grant this motion and extend the deadline for filing Petition for Discretionary Review in Case No. 13694-B to May of 2015.

Respectfully Submitted,

Daniel Vasquez Dominguez
Petitioner, pro se
Texas Department of Criminal Justice
Neal Unit
TDCJ-ID# 1355966
Amarillo, Texas 79107

<u>Certificate of Service</u>

I certify that a true and correct copy of the above foregoing First Motion for Extension of Time To File a Petition for Discretionary Review has been forwarded by U.S. Mail postage prepaid, first class to the: Clerk of the Court of Criminal Appeals, P.O. Box 12308, Capitol Station, Austin, Texas 78711, on March 24, 2015.

Daniel Vasquez Dominguez
Petitioner, pro se
TDCJ-ID# 1355966

(3.)